## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT ELKINS

**KATHRYN EAKIN,**

    **Plaintiff,**

**Vs.**

**Civil Action No. 2:16-cv-86**
**Judge: Bailey**

**PORTFOLIO RECOVERY ASSOCIATES, LLC.**

    **Defendant.**

### DISMISSAL ORDER

NOW COME, the parties, by counsel, and represent to the Court that all claims of Plaintiff, Kathryn Eakin, against Portfolio Recovery Associates, LLC, Defendant, have been settled, compromised and/or resolved.   Having been so advised, this Court dismisses this action, with prejudice, against Defendant, Portfolio Recovery Associates, LLC.   Accordingly, this matter is dismissed in its entirety and shall be stricken from this Court's active Docket. All parties are responsible for their own attorney's fees and costs associated with this matter.

Entered this **13**th day of **November, 2017.**

The Honorable John Preston Bailey
United States District Judge

_/s/ Phillip S. Isner_
Phillip S. Isner (W. Va. Bar No. 9399)
**Isner Law Office, LC**
P.O. Box 1878
Elkins, WV 26241
(304) 636-7681

*Counsel for Plaintiff*

_/s/ Christopher J. Prezioso_
Christopher J. Prezioso (W. Va. Bar 9384)
**Dinsmore & Shohl, LLP**
2100 Market Street
Wheeling, WV 26003
(304) 230-1700

*Counsel for Defendant*